PROB 12C
(6/16)

Report Date: April 2, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Vernon Jacob Zepp | Case Number: 0980 1:14CR02099-RMP-1 |
| Address of Offender: | Selah, Washington 98942 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: June 17, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 37 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: October 25, 2017 | |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: October 24, 2020 | |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: On October 26, 2017, this officer met with Mr. Zepp upon his release from custody.  Mr. Zepp reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.<br><br>On February 15, 2018, Mr. Zepp reported to this officer and self-admitted to having consumed alcohol on or about February 14, 2018.<br><br>On March 26, 2018, Mr. Zepp reported to this officer and self-admitted to having consumed alcohol on or about March 24, 2018. |
| 2 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Zepp, Vernon Jacob**
**April 2, 2018**
**Page 2**

<u>**Supporting Evidence**</u>: On October 26, 2017, this officer met with Mr. Zepp upon his release from custody. Mr. Zepp reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On March 26, 2018, Mr. Zepp reported to this officer and self-admitted to having consumed methamphetamine on or about March 24, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/02/2018

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

4/3/2018

Date