PROB 12C
(6/16)

Report Date: May 2, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Vernon Jacob Zepp | Case Number: | 0980 1:14CR02099-RMP-1 |
| Address of Offender: | | Selah, Washington 98942 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: June 17, 2015

Original Offense:  Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:  Prison - 37 months;    Type of Supervision: Supervised Release
                    TSR - 36 months

Asst. U.S. Attorney:  Thomas J. Hanlon    Date Supervision Commenced: October 25, 2017

Defense Attorney:  Alex B. Hernandez, III    Date Supervision Expires: October 24, 2020

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/02/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #18**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On October 26, 2017, this officer met with Mr. Zepp upon his release from custody. Mr. Zepp reviewed and signed the judgement and sentence, which outlined the conditions of his term of supervised release. |
| | On April 30, 2018, Mr. Zepp self-admitted to having consumed methamphetamine on this date. |
| 4 | **Special Condition #15**: You shall abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: On October 26, 2017, this officer met with Mr. Zepp upon his release from custody. Mr. Zepp reviewed and signed the judgement and sentence, which outlined the conditions of his term of supervised release. |

Prob12C
**Re: Zepp, Vernon Jacob**
May 2, 2018
Page 2

On April 25, 2018, Mr. Zepp self-admitted to having consumed alcohol on this date.

On April 30, 2018, Mr. Zepp self-admitted to having consumed an alcohol beverage on this date.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/02/2018, and that the Court issue a warrant requiring Vernon Jacob Zepp, III to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 2, 2018

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/2/2018
Date