Report Date: July 18, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Vernon Jacob Zepp | Case Number: | 0980 1:14CR02099-RMP-1 |
| Address of Offender: | | Selah, Washington 98942 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 17, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 37 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | October 25, 2017 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | October 24, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/02/2018 and 05/02/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On October 26, 2017, this officer met with Mr. Zepp upon his release from custody.  Mr. Zepp reviewed and signed the judgement and sentence, which outlined the conditions of his term of supervised release. |
| | On June 20, 2018, Mr. Zepp submitted to urinalysis (UA) testing at Merit Resource Services (Merit).  The UA collected was presumptive positive for methamphetamine.  The specimen was sent to the lab.  On June 29, 2018, the specimen was confirmed positive for methamphetamine. |
| 6 | **Special Condition # 18**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

Prob12C
Re: Zepp, Vernon Jacob
July 18, 2018
Page 2

**Supporting Evidence**: On October 26, 2017, this officer met with Mr. Zepp upon his release from custody. Mr. Zepp reviewed and signed the judgement and sentence, which outlined the conditions of his term of supervised release.

On June 20, 2018, Mr. Zepp submitted to urinalysis (UA) testing at Merit Resource Services (Merit). The UA was sent to the lab for further testing to determine if Mr. Zepp had consumed alcohol. On June 29, 2018, the specimen was confirmed positive for alcohol.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/18/2018

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

7/18/2018
Date