# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Vernon Jacob Zepp, III | Case Number: 0980 1:14CR02099-RMP-1 |
| Address of Offender: | Selah, Washington 98942 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: June 17, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 37 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | October 25, 2017 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | October 24, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/02/2018; 05/02/2018; 07/18/2018; and 08/31/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 15**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Zepp is considered to be in violation of his conditions of supervision by consuming alcohol on October 28, 2018. |
| | On October 26, 2017, this officer met with Mr. Zepp upon his release from custody. Mr. Zepp reviewed and signed the judgement and sentence, which outlined the conditions of his term of supervised release. |
| | On October 30, 2018, this officer contacted Mr. Zepp to follow up on his supervision status. Mr. Zepp self-admitted to this officer he consumed an alcoholic beverage on October 28, 2018. |
| | This officer reviewed the Smart Start Breathalyzer system results and found that Mr. Zepp submitted a breathalyzer test on October 28, 2018, at 7:32 p.m., which registered a blood alcohol content (BAC) level of 0.033. at 7:42 p.m., Mr. Zepp submitted a second test which registered a BAC level of 0.023. at 7:52 p.m., and a third test which registered a BAC level of 0.026. |

Prob12C
Re: Zepp, Vernon Jacob
November 1, 2018
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/01/2018

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/1/2018

Date