FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERNON JACOB ZEPP, III,<br><br>Defendant. | NO: 1:14-CR-2099-RMP<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

BEFORE THE COURT are Defendant Vernon Jacob Zepp, III's Motion to Modify Conditions of Release, ECF No. 94, and Motion to Expedite the same, ECF No. 95. Defendant moves the Court to modify the conditions of his release on his alleged supervised release violations to remove the condition requiring him to use a Smart-Start breathalyzer device. *Id.* The Government did not file a motion in opposition to Defendant's request. The Court has considered Defendant's motion and the record, has conferred with U.S. Probation, and is fully informed.

ORDER MODIFYING CONDITIONS OF RELEASE ~ 1

At any time, the Court may amend the conditions of a defendant's release. *See* 18 U.S.C. §§ 3142(c)(3), 3143.

Having reviewed the motion and finding no opposition, the Court finds good cause to amend Defendant's release conditions to remove the requirement for the breathalyzer. Since Defendant's most recent supervised release violation in October of 2018, Defendant has shown compliance with his release conditions. The Court sees no need to continue the breathalyzer requirement and the costs associated with the device. Therefore, the Court grants Defendant's motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 94**, is **GRANTED**.

2. Defendant's Motion to Expedite, **ECF No. 95**, is **GRANTED**.

3. Defendant's release condition requiring the use of a Smart-Start breathalyzer device, **ECF No. 70 at 2**, is **removed**. All other conditions of release not inconsistent with this Order remain in effect.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel and to U.S. Probation.

**DATED** this January 23, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge